# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Jay Koester** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-639 SRN/TNL |
| **Travelers Home and Marine Insurance Company** | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
A. The Defendants' Rule 21 Motion to Substitute Parties and Rule 12(b)(6) Motion to Dismiss [Doc. No. 4] are GRANTED.
B. Travelers Home and Marine Insurance Company is substituted as the Defendant in this action.
C. The case is DISMISSED with prejudice.

Date: 7/30/2024                                                              KATE M. FOGARTY, CLERK